UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In:
   Darren Abram                    )
                                       )     Case No.: 14-40974
       Debtor(s)                )     Chapter 7
                                       )
                                       )
                                       )
                                       )
                                       )

**DENIED**
An attorney may not serve as "co-counsel" with an attorney suspended from practicing before the Court

Jun 20, 2014

*CHARLES E. RENDLEN, III*
*UNITED STATES BANKRUPTCY JUDGE*

### ENTRY OF APPEARANCE

     Comes Now Ross H. Briggs, Attorney At Law, and enters his appearance as co-counsel on behalf of Debtor.

                                                     \s\ Ross Briggs
                                                     Ross Briggs#2709  31633
                                                     Attorney At Law
                                                     4144 Lindell, Ste. 202
                                                     St. Louis, MO 63108
                                                     (314) 852-8293 office
                                                     (314-652-8202 fax
                                                     R-briggs@sbcglobal.net

### CERTIFICATE OF SERVICES:

By my signature above it is certified that a copy of the above was served by ECF system and/or by First Class Mail, this 19th   day of June, 2014 to the assigned Chapter 7 Trustee **Tracy A. Brown 7 Trustee 1034 S. Brentwood Blvd., Ste. 1830 St. Louis MO 63117.**

      /s/  Ross Briggs