UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | |
| ) | | |
| Darren Labryan Abram ) | Case No. 14-40974-705 | |
| xxx-xx-3817 ) | | |
| ) | Chapter 7 | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER**

At Saint Louis, Missouri, in this district, this 8th day of September, 2014.

ORDERED that this case was improvidently closed on 9/3/14, due to administrative error.

IT IS HEREBY ORDERED that the Final Decree is set aside, and this case is reopened and shall proceed to its normal conclusion.

DATED: September 8, 2014
St. Louis, Missouri 63102
tsp

CHARLES E. RENDLEN, III
United States Bankruptcy Judge