UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: Darren Abram )  Case No. 14-40974-705
) Chapter 13 Proceeding
)
)
Debtor(s) )
)
)
)
)

**DENIED**
MOOT

Sep 16, 2014

CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

## DEBTOR(S) MOTION TO REINSTATE CASE AFTER DISMISSAL

Now come(s) the Debtor(s) by and through counsel, and moves the Court to reinstate this Chapter 7 bankruptcy. In support of this motion, Debtor states:

1. This Court dismissed this case on August 19, 2014, due to the failure of undersigned to file a 2016b. This inadvertent oversight has been cured simultaneously with the filing of this motion.
2. Debtor prays this case be reinstated to allow for the entry of an Order of Discharge.

WHEREFORE, Debtor prays for good cause that this Court vacate its order of dismissal of August 21, 2014 and reinstate this case for further proceedings.

Respectfully submitted,

/s/ Ross H. Briggs #2709 MBE 31633
  Attorney At Law
  4144 Lindell Blvd, ste 202
  St. Louis, MO 63108
  Counsel for Debtor
  314-852-8293 r-briggs@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically or by first class mail on this 15th day of Sept, 2014 to the assigned Chapter 7 Trustee and:

**1ST FINANCIAL BK USA**
363 W ANCHOR DR
DAKOTA DUNES, SD 57049

**ACCOUNT RESOLUTION COR (ORIGINAL CREDITO**
700 GODDARD AVE

CHESTERFIELD, MO 63005

**AES/BANK OF AMERICA**
PO BOX 2461
HARRISBURG, PA 17105

**AMEREN UE**
1901 CHOUTEAU AVE.
Saint Louis, MO 63103

**AMERICASH LOANS**
10026 WEST FLOISSANT AVE.
Saint Louis, MO 63136

**BANK OF AMERICA, N.A.**
NORTHWEST LEGAL ORDER PROCESSING
WA1-501-10-17 SUBPOENAS
P.O. BOX 3977
Seattle, WA 98124-2477

**BEL-RIDGE POLICE DEPT**
8920 NATURAL BRIDGE RD.
Saint Louis, MO 63121

**BKAMR/GLELSI**
2401 INTERNATIONAL POB 7859
MADISON, WI 53704

**BROTHER LOAN & FINANCE**
327 MISSOURI AVE. STE.504
East Saint Louis, IL 62201

**CASH NET USA**
7755 MONTGOMERY
Cincinnati, OH 45236

**CHARTER COMMUNICATIONS**
6524 MANCHESTER AVE.
Saint Louis, MO 63139

**CHOICE RECOVERY (ORIGINAL CREDITOR:OTOLA**
1550 OLD HENDERSON RD ST
COLUMBUS, OH 43220

**CLAYTON POLICE DEPT.**
10 S. BRENTWOOD BLVD.
Saint Louis, MO 63105

**ELECTRO SAVINGS CREDIT UNION**
1805 CRAIGSHIRE DR.
Saint Louis, MO 63146

**FIRST PREMIER BANK**
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

**FIRSTSOURCE ADVANTAGE (ORIGINAL CREDITOR**
7650 MAGNA DR
BELLEVILLE, IL 62223

**GECRB/AMER EAGLE**
PO BOX 965005
ORLANDO, FL 32896

**GECRB/OLD NAVY**
PO BOX 965005
ORLANDO, FL 32896

**GENTLE BREEZE LOANS**
8 CREST WOOD RD.
Boulevard, CA 91905

**INTERNAL REVENUE SERVICE**
P.O. BOX 7317
C/O MISSOURI CASES
Philadelphia, PA 19101-7317

**Internal Revenue Service**
P.O. Box 7346
Philadelphia PA 19101-7346

**KAY JEWELERS**
375 GHENT RD
FAIRLAWN, OH 44333

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
900 ARION PARKWAY, STE. 104
San Antonio, TX 78216

**MARYLAND HEIGHTS COURTS**
1911 DORSETT RD.
Maryland Heights, MO 63043

**MIDLAND FUNDING (ORIGINAL CREDITOR:GE MO**
8875 AERO DR STE 200
SAN DIEGO, CA 92123

**MISSOURI DEPARTMENT OF REVENUE**
ATTN: BANKRUPTCY UNIT
P.O. BOX 475
301 W. HIGH STREET
Jefferson City, MO 65105-0475

**MRSI (ORIGINAL CREDITOR:SSM DEPAUL HEALT**
2250 E DEVON AVE STE 352
DES PLAINES, IL 60018

**PINE LAWN POLIVE DEPT.**
6250 STEVE MARRE
Saint Louis, MO 63121

**QUIK CASH**
7124 NATURAL BRIDGE RD.
Saint Louis, MO 63121

**REGIONAL ACCEPTANCE CO**
655 CRAIG RD STE 348
CREVE COEUR, MO 63141

**RISE**
4150 INTERNATIONAL PLAZA
Fort Worth, TX 76109

**SPECIFIED CREDIT ASSOCIATION INC.**
2388 SCHUETZ STE. A-100
Saint Louis, MO 63146

**UNITED HEALTH CARE**
P.O. BOX 731584
Dallas, TX 75373

**WATERFRONT CROSSING APARTMENT**
807 CROSS CREEK DR.
Saint Louis, MO 63141